UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-237-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| TONY MARICHAL SHARP | |

On motion of the Defendant, Tony Marichal Sharp, and for good cause shown, it is hereby ORDERED that **DE 550** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __9__ day of ~~May~~ June, 2021.

JAMES C. DEVER III
United States District Court Judge