IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-237-D(2)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TONY MARICHAL SHARP, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on motion of the Government to seal Exhibit 1, Defendant's COVID-19 Vaccination Record. For good cause shown, the Court GRANTS the Government's Motion to Seal until further order of the Court. The Clerk of Court is directed to provide a copy of the sealed exhibit to the United States and Defendant.

SO ORDERED. This  9  day of June 2021.

                                                  JAMES C. DEVER III
                                                  United States District Judge