IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-237-D

UNITED STATES OF AMERICA,            )
                                     )
            v.                       )            **ORDER**
                                     )
TONY MARICHAL SHARP,                 )
                                     )
            Defendant.               )
                                     )

This matter comes before the Court on the Government's Motion to seal the

exhibit [D.E. 586 Exhibit 1] attached to the Government's response in opposition to

Defendant's motion for compassionate release. For good cause having been shown,

the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal

the exhibit [D.E. 586 Exhibit 1] attached to the Government's response in opposition

to Defendant's motion for compassionate release.

SO ORDERED this 27 day of ___April___, 2022.


                                   4 Dever
                                   James C. Dever III
                                   United States District Judge