IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-237-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TONY MARICHAL SHARP, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant Tony Marichal Sharp's motion for a sentence reduction [D.E. 589]. The response is due not later than May 20, 2022.

SO ORDERED. This 27 day of April, 2022.

JAMES C. DEVER III
United States District Judge