IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
5:13-CR-237-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TONY MARICHAL SHARP, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES defendant's motion to appoint counsel [D.E. 618]. The United States SHALL respond to defendant's motion for compassionate release [D.E. 618] not later than September 19, 2025.

SO ORDERED. This the 18 day of August, 2025.

                                                                    _/s/ J. Dever_
                                                                    JAMES C. DEVER III
                                                                    United States District Judge