IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-CR-237-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TONY MARICHAL SHARP, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the United States' response in opposition [D.E. 641], the court DENIES defendant's latest pro se motion for compassionate release [D.E. 618].

SO ORDERED. This 23 day of December, 2025.

JAMES C. DEVER III
United States District Judge